MARIE VADERVEL v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

WILLIAM H. WALKER v. BERNARD ZAGLIN, Impleaded, etc.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of LEONARD RIZZO for an Inspection of the Books and Papers of CONSERVATIVE CREDIT SYSTEM, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with leave to the appellant to answer the petition upon the merits, pursuant to section 1293 of the Civil Practice Act, within five days after service of order upon payment of the costs provided for in the order entered October 7, 1938. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

MARY HELLSTERN v. HUGO HELLSTERN, JR., and ALVINA COATES GILLETT.— Motion for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 853.] Settle order on notice. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

## (November 10, 1938.)

M. & C. CREDITORS CORPORATION, Appellant, v. ALEXANDER D. B. PRATT and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of EDWARD BAYARD HALSTED, Deceased. FRANCES ADAMS HALSTED, Appellant; CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [168 Misc. 832.]

JOHN AEVALIOTIS and Others, Appellants, v. JAMES STOUPAKIS, Respondent. Consolidated with Municipal Court Action of ANNA NEOS, Assignee of JAMES STOUPAKIS, Respondent, v. JAMES KALOS, Appellant, Interpleaded with EVANGELOS KOUMOUDOURIS and JAMES AEVALIOTIS, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

PAULINE MYERS, Respondent, v. AFRO-AMERICAN PUBLISHING COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

NELLIE BROPHY, Individually and as Administratrix, etc., of EDWARD BROPHY, Deceased, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of Interborough Rapid Transit Company, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.